IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DORIS K. HAAS,**

**Plaintiff,**

**v.**

**ST. LOUIS UNIVERSITY HOSPITAL and
ST. LOUIS UNIVERSITY,**

**Defendant.**                                              **No. 06-CV-268-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Stipulation for Dismissal having been executed by counsel for all parties and filed with this Court (Doc. 29), **IT IS ORDERED** that this action is hereby dismissed with prejudice. Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 8th day of December, 2006.

/s/      David  RHerndon
**United States District Judge**