IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DORIS K. HAAS,**

    **Plaintiff,**

    vs.                                    Cause No. 06-CV-268 DRH

**ST. LOUIS UNIVERSITY HOSPITAL and
ST. LOUIS UNIVERSITY,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.----

                                                    **NORBERT G. JAWORSKI, CLERK**

December 12, 2006                  By:   s/Patricia Brown
                                                      Deputy Clerk

APPROVED:/s/       David   RHerndon
                 **U.S. DISTRICT JUDGE**